MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

RODNEY C. VILLAZOR (NYBN 4003596)
Assistant United States Attorney

   1301 Clay Street, Suite 340-S
   Oakland, CA 94612
   Telephone: (510) 637-3689
   Fax: (510) 637-3724
   E-mail: rodney.villazor@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND BRANCH

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>     Plaintiff, ) <br> ) <br>   v. ) <br> ) <br> JORDAN MOORE, ) <br> ) <br>     Defendant. ) <br> ) | No. CR 11-00905 SBA <br><br> STIPULATION AND [PROPOSED] ORDER TO SET STATUS CONFERENCE ON OCTOBER 31, 2012 |

    The above-captioned matter was previously set on September 5, 2012 before Magistrate Judge Donna M. Ryu for a status conference. The parties request that this Court set this matter for status conference on October 31, 2012 at 9:30 a.m., and that the Court exclude time under the Speedy Trial Act between September 5, 2012 and October 31, 2012. The parties stipulate that the time is excludable from the time limitations of the Speedy Trial Act because the interests of justice are served by granting a continuance, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

STIPULATION AND EXCLUSION OF TIME
CR 11-00905 SBA

1

Such continuance is required because defense counsel needs time to research legal and factual issues. This continuance will allow the reasonable time necessary for effective preparation taking into account the exercise of due diligence.

As such, the parties respectfully request that the time between September 5, 2012 and October 31, 2012 be excluded under U.S.C. § 3161(h)(7)(A) and (B)(iv).

DATED: August 29, 2012  Respectfully submitted,

MELINDA HAAG
United States Attorney

*/s/ Rodney C. Villazor*
RODNEY C. VILLAZOR
Assistant United States Attorney

*/s/ Garrick Lew*
GARRICK LEW
Attorney for Jordon Moore

**ORDER**

Based on the reason provided in the stipulation of the parties above, the Court hereby FINDS that for adequate preparation of the case by all parties, and in the interest of justice, pursuant to 18 U.S.C. sections 3161(h)(7)(A) and (B)(iv), an exclusion of time is warranted under the Speedy Trial Act. Based on these findings, IT IS HEREBY ORDERED THAT the hearing is continued until October 31, 2012 at 9:30 a.m. before the Magistrate Court, and time is excluded between September 5, 2012 and October 31, 2012.

**IT IS SO ORDERED.**

DATED: 08/30/12

KANDIS A. WESTMORE
United States Magistrate Judge

STIPULATION AND EXCLUSION OF TIME
CR 11-00905 SBA

2