1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   J. DOUGLAS WILSON (DCBN 412811)
3  Chief, Criminal Division

4  CHRISTINA McCALL (CABN 234139)
   Assistant United States Attorney
5
       1301 Clay Street, Suite 340-S
6      Oakland, California 94612
       Telephone: (510) 637-3680
7      Facsimile: (510) 637-3724
       E-Mail:    christina.mccall@usdoj.gov
8

9  Attorneys for Plaintiff

10                      UNITED STATES DISTRICT COURT

11                      NORTHERN DISTRICT OF CALIFORNIA

12                              OAKLAND DIVISION

13  UNITED STATES OF AMERICA,          )  No. CR-11-0905 SBA
                                       )
14         Plaintiff,                  )  STIPULATION AND [PROPOSED]
                                       )  ORDER TO CONTINUE STATUS
15     v.                              )  HEARING TO MARCH 21, 2014
                                       )
16                                     )
    JORDAN MOORE and                   )  Date:    February 14, 2014
17  SYLVESTER MOORE,                   )  Time:    9:30 a.m.
                                       )  Court:   Hon. Kandis A. Westmore
18         Defendant.                  )
                                       )
19

20      The above-captioned matter is set on February 14, 2014 before this Court for a status or change-

21  of-plea hearing. The parties request that this Court vacate that date and set this matter for status or

22  change-of-plea hearing on March 21, 2014 at 9:30 a.m and that the Court exclude time under the Speedy

23  Trial Act between the date of this stipulation and March 21, 2014. The parties stipulate that the time is

24  excludable from the time limitations of the Speedy Trial Act because the interests of justice are served

25  by granting a continuance, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

26  //

27  //

28  //

STIP. REQ. TO CONTINUE SENTENCING HEARING
NO. CR-11-0905 SBA

1  This continuance will allow the reasonable time necessary for effective preparation and
2  continuity of counsel, taking into account the exercise of due diligence.  Counsel for Sylvester Moore
3  has two approximately two-week trials set between now and March 21.  Counsel for the government has
4  prepared a Superseding Information incorporating the out-of-district robberies for a global resolution,
5  has drafted plea agreements addressing all the robberies, and needs to obtain written permission from the
6  District of Iowa, San Joaquin County, and Santa Clara County for a global resolution in this Court.  The
7  defense attorneys continue to review evidence of robberies in several different jurisdictions to advise
8  their clients about a global resolution.
9  As such, the parties respectfully request that the time between the date of this stipulation and
10 March 21, 2014 be excluded under U.S.C. § 3161(h)(7)(A) and (B)(iv).

DATED: February 13, 2014                    Respectfully submitted,

| MELINDA HAAG<br>United States Attorney | | |
|---|---|---|
| /s/ *Christina McCall*<br>CHRISTINA McCALL<br>Assistant U. S. Attorney | /s/ *Garrick S. Lew*<br>GARRICK S. LEW<br>Attorney for Jordan Moore | /s/ *Paul Demeester*<br>PAUL DEMEESTER<br>Attorney for Sylvester Moore |

**ORDER**

Based on the reasons provided in the stipulation of the parties above, the Court hereby FINDS that for adequate preparation of the case by all parties and continuity of counsel, and in the interest of justice, pursuant to 18 U.S.C. sections 3161(h)(7)(A) and (B)(iv), an exclusion of time is warranted under the Speedy Trial Act.  Based on these findings, IT IS HEREBY ORDERED THAT the hearing is continued until March 21, 2014 at 9:30 a.m., and time is excluded until March 21, 2014.

IT SO ORDERED.

DATED: 2/13/14

The Hon. Kandis A. Westmore
United States Magistrate Court Judge

STIP. REQ. TO CONTINUE SENTENCING HEARING
NO. CR-11-0905 SBA