1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   J. DOUGLAS WILSON (DCBN 412811)
3  Chief, Criminal Division

4  CHRISTINA McCALL (CABN 234139)
   Assistant United States Attorney
5
        1301 Clay Street, Suite 340-S
6       Oakland, California 94612
        Telephone:  (510) 637-3680
7       Facsimile:  (510) 637-3724
        E-Mail:     christina.mccall@usdoj.gov
8
9  Attorneys for Plaintiff

10                      UNITED STATES DISTRICT COURT

11                     NORTHERN DISTRICT OF CALIFORNIA

12                              OAKLAND DIVISION

13 | UNITED STATES OF AMERICA,      ) No. CR-11-0905 SBA
                                    )
14 |     Plaintiff,                  ) STIPULATION AND [PROPOSED]
                                    ) ORDER TO CONTINUE STATUS
15 | v.                              ) HEARING TO JUNE 11, 2014
                                    )
16 |                                 )
   JORDAN MOORE,                    ) Date:   May 28, 2014
17                                  ) Time:   9:30 a.m.
                                    ) Court:  Hon. Donna M. Ryu
18 |     Defendant.                  )
                                    )

19

20      The above-captioned matter is set on May 28, 2014 before this Court for a status hearing.  The

21 parties request that this Court vacate that date and set this matter for status or change-of-plea hearing on

22 June 11, 2014 at 9:30 a.m and that the Court exclude time under the Speedy Trial Act between the date

23 of this stipulation and June 11, 2014.  The parties stipulate that the time is excludable from the time

24 limitations of the Speedy Trial Act because the interests of justice are served by granting a continuance,

25 pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

26 //

27 //

28 //

STIP. REQ. TO CONTINUE SENTENCING HEARING
NO. CR-11-0905 SBA

1  This continuance will allow the reasonable time necessary for effective preparation and
2  continuity of counsel, taking into account the exercise of due diligence.  Counsel for Jordan Moore has
3  provided mitigation information to counsel for the government, and both attorneys need time to address
4  the information contained in the report addressing a mitigation factor.
5  As such, the parties respectfully request that the time between the date of this stipulation and
6  June 11, 2014 be excluded under U.S.C. § 3161(h)(7)(A) and (B)(iv).

8  DATED:  May 27, 2014                              Respectfully submitted,

| MELINDA HAAG<br>United States Attorney | |
|---|---|
|   /s/ *Christina McCall*<br>CHRISTINA McCALL<br>Assistant U. S. Attorney |   /s/ *Garrick S. Lew*<br>GARRICK S. LEW<br>Attorney for Jordan Moore |

### ORDER

Based on the reasons provided in the stipulation of the parties above, the Court hereby FINDS that for adequate preparation of the case by all parties and continuity of counsel, and in the interest of justice, pursuant to 18 U.S.C. sections 3161(h)(7)(A) and (B)(iv), an exclusion of time is warranted under the Speedy Trial Act.  Based on these findings, IT IS HEREBY ORDERED THAT the hearing is continued until June 11, 2014 at 9:30 a.m., and time is excluded until June 11, 2014.

IT SO ORDERED.

DATED:  May 27, 2014

_____
The Hon. Donna M. Ryu
United States Magistrate Court Judge