GARRICK S. LEW (SBN 61889)
Law Office of Garrick S. Lew
1000 Brannan Street, Suite 488
San Francisco, CA 94103
Telephone:     (415) 575-3588
Facsimile:     (415) 522-1506
gsl@defendergroup.com

Attorney for Defendant
JORDAN MICHAEL MOORE

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND BRANCH

| UNITED STATES OF AMERICA, | ) | No. CR 11-00905 SBA |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND [PROPOSED] |
| | ) | ORDER TO CONTINUE STATUS |
| JORDAN MOORE, | ) | HEARING TO FEBRUARY 18, 2015 |
| Defendant. | ) | |

    The above-captioned matter is set for December 15, 2014 before this Court for a status hearing. The parties jointly request that the Court vacate the December 15, 2015 appearance and set this matter for status conference on February 18, 2015 at 9:30 a.m and that the Court exclude time under the Speedy Trial Act between the date of this stipulation and February 18, 2015. The parties stipulate that the time is excludable from the time limitations of the Speedy Trial Act because the interests of justice are served by granting a continuance, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

    The continuance is a joint request by the parties to finalize a plea agreement that will resolve pending robberies that require coordination with and releases from other jurisdictions. Further, the parties are in need of additional time to prepare defendant's waiver of rights under the Federal Juvenile

*U.S. v. MOORE* 11-cr-00905-SBA
Stipulation & [Proposed] Order to Continue Status Conference

Delinquency Act and proposed Findings of Fact[1] so that defendant may proceed with the proposed adult disposition before this court. This continuance will allow for reasonable time necessary for effective preparation and continuity of counsel, taking into account the complexity of the case and the exercise of due diligence.

As such, the parties respectfully request that the time between the date of this stipulation and February 18, 2015 be excluded under U.S.C. § 3161(h)(7)(A) and (B)(iv).

DATED: December 11, 2014  Respectfully submitted,

MELINDA HAAG
United States Attorney

  /s/ Christina McCall
CHRISTINA McCALL
Assistant United States Attorney

  /s/ Garrick S. Lew
GARRICK S. LEW
Attorney for Jordan Moore

---

[1] Four of the charged robberies occurred out of district when defendant was 17 years old, as a minor, and will be included in the proposed Information to resolve all outstanding unresolved robberies. Defendant is now 21 years old, in custody, and is serving an 8 year state prison sentence.

### [~~PROPOSED~~] ORDER

Based on the reason provided in the stipulation of the parties above, the Court hereby FINDS that for adequate preparation of the case by all parties, and in the interest of justice, pursuant to 18 U.S.C. sections 3161(h)(7)(A) and (B)(iv), an exclusion of time is warranted under the Speedy Trial Act. Based on these findings, IT IS HEREBY ORDERED THAT the hearing is continued until February 18, 2015 at 9:30 a.m., and time is excluded until February 18, 2015.

**IT IS SO ORDERED.**

DATED: 12/12/14

KANDIS A. WESTMORE
United States Magistrate Judge