1  GARRICK S. LEW (SBN 61889)
   RICHARD G. HULLINGER (SBN 294025)
2  Law Office of Garrick S. Lew
   1000 Brannan Street, Suite 488
3  San Francisco, CA 94103
   Telephone:    (415) 575-3588
4  Facsimile:    (415) 522-1506
   gsl@defendergroup.com
5
   Attorneys for Defendant
6  JORDAN MICHAEL MOORE

7

8
                    UNITED STATES DISTRICT COURT
9
                  NORTHERN DISTRICT OF CALIFORNIA
10
                         OAKLAND BRANCH
11

12
   UNITED STATES OF AMERICA,        )   No. CR 11-00905 SBA
13                                   )
                 Plaintiff,          )
14                                   )
          v.                         )   STIPULATION AND [PROPOSED]
15                                   )   ORDER TO CONTINUE STATUS
   JORDAN MOORE,                     )   HEARING TO JUNE 11, 2015
16                                   )
                 Defendant.          )
17  _____ )

18
          The above-captioned matter is set for May 29, 2015, before this Court for a status hearing, or in
19
   the alternative, change of plea.  The parties jointly request that the Court vacate the May 29, 2015,
20
   appearance and set this matter for status conference, or change of plea on June 11, 2015, at 9:30 a.m. and
21
   that the Court exclude time under the Speedy Trial Act between the date of this stipulation and June 11,
22
   2015.  The parties stipulate that the time is excludable from the time limitations of the Speedy Trial Act
23
   because the interests of justice are served by granting a continuance pursuant to 18 U.S.C. §
24
   3161(h)(7)(A) and (B)(iv).
25
          The continuance is a joint request by the parties to finalize a plea agreement that will resolve
26
   pending robberies that require coordination with and releases from other jurisdictions.  Both counsel have
27

*U.S. v. MOORE* 11-cr-00905-SBA
Stipulation & [Proposed] Order to Continue Status Conference

been meeting and conferring about a potential resolution, including proceeding on the Hobbs Act

conspiracy.  This continuance will allow for reasonable time necessary for effective preparation and

continuity of counsel, taking into account the complexity of the case and the exercise of due diligence.

     As such, the parties respectfully request that the time between the date of this stipulation and May

11, 2015, be excluded under U.S.C. § 3161(h)(7)(A) and (B)(iv).


DATED:  May 27, 2015                Respectfully submitted,

                           MELINDA HAAG
                           United States Attorney

                           */s/ Christina McCall*
                           CHRISTINA McCALL
                           Assistant United States Attorney

                           */s/ Richard Hullinger*
                           RICHARD G. HULLINGER
                           Attorney for Jordan Moore

2

1

[*PROPOSED*] **ORDER**

2

3          Based on the reason provided in the stipulation of the parties above, the Court hereby FINDS that

4    for adequate preparation of the case by all parties, and in the interest of justice, pursuant to 18 U.S.C.

5    sections 3161(h)(7)(A) and (B)(iv), an exclusion of time is warranted under the Speedy Trial Act.  Based

6    on these findings, IT IS HEREBY ORDERED THAT the hearing is continued until June 11, 2015, at 9:30

7    a.m., and time is excluded until June 11, 2015.

8

9          **IT IS SO ORDERED.**

10

11   DATED:   5/28/15
                                         _____
12                                       The Honorable  Kandis A. Westmore
                                         United States Magistrate Judge
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27