**GARRICK S. LEW (SBN 61889)**
**RICHARD G. HULLINGER (SBN 294025)**
**Law Offices of Garrick S. Lew & Associates**
**1000 Brannan Street, Suite 488**
**San Francisco, CA 94103**
**Telephone: (415) 575-3588**
**Facsimile:   (415) 522-1506**
gsl@defendergroup.com
richardh@defendergroup.com

Attorneys for Defendant
**MUTEE AL-GHAFFAAR**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 11-CR-905 SBA |
| Plaintiff, | MODIFIED **STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING TO DECEMBER 16, 2015** |
| vs. | |
| JORDAN HIGGINS A/K/A JORDAN MOORE, | |
| Defendant. | |

The United States of America, by and through its attorney of record, and defendant Jordan Higgins ("defendant"), by and through his attorney of record, jointly request that the scheduled court date of November 12, 2015, be vacated and that this matter be continued to December 16, 2015, at 10:00 a.m. to enable the government and the defense to review the Amended Presentence Investigation Report (PSR) dated November 4, 2015, (ECF Dkt. No. 179) and draft and submit revised sentencing memoranda.  The parties hereby stipulate as follows:

1.  On November 4, 2015, the United States Probation Office (USPO) submitted an amended PSR recommending a sentence of 78 months with "credit for time served since [defendant's] arrest on August 8, 2011." ECF Dkt. No. 179, *Sentencing Recommendation* p. 4.

1

2. The recommendation in the amended PSR differs materially from the original recommendation and the parties require time to prepare and file revised sentencing memoranda.

3. For the reasons stated above, the parties stipulate and agree that this matter should be continued to December 16, 2015, at 10:00 a.m., and that the failure to grant such a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

DATED: November 6, 2015                    Respectfully submitted,

BRIAN STRETCH
Acting United States Attorney
         /s/
_____
BRIAN LEWIS
Assistant United States Attorney
         /s/
_____
RICHARD HULLINGER
GARRICK S. LEW
Attorneys for Defendant

ORDER

Upon the parties' stipulation, and GOOD CAUSE appearing, IT IS HEREBY ORDERED that the court date of November 12, 2015, shall be vacated and that this matter shall be continued to December ~~16,~~ 09 2015, at 10:00 a.m. for sentencing. The Court finds that failure to grant the continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

**IT IS SO ORDERED.**

Dated: November __6__, 2015            _____
                                       HONORABLE [SAUNDRA B.] ARMSTRONG
                                       UNITED STATES [DISTRICT JUDGE]

*[Stamp: IT IS SO ORDERED AS MODIFIED — Judge Saundra B. Armstrong]*